# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## NO. 03-08-00144-CV

Harry L. Sivley, Special Deputy Receiver of Comprehensive Health Services of Texas, Inc., d/b/a Wellchoice, Appellant

v.

Comprehensive Health Services, Inc., Appellee

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-00-001863, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING**

## NO. 03-08-00148-CV

Harry L. Sivley, Special Deputy Receiver of Comprehensive Health Services of Texas, Inc., d/b/a Wellchoice, Appellant

v.

N.S. Rangarajan, Robert B. Low, James W. Patton, Stanley R. Kirk, Mark D. Keshishian, and Jeffrey Richardon, Appellees

**FROM THE DISTRICT COURT OF TRAVIS COUNTY, 345TH JUDICIAL DISTRICT NO. D-1-GN-03-00001, HONORABLE MARGARET A. COOPER, JUDGE PRESIDING**

## MEMORANDUM OPINION

On February 12, 2009, at the joint request of the parties, we abated these appeals to give the parties time to resolve their disputes. On March 19, the parties filed joint motions to dismiss, explaining that they have finalized the settlement of their disputes and asking that we dismiss the appeals.[1] We grant the motions and dismiss both appeals.

_____

David Puryear, Justice

Before Chief Justice Law, Justices Puryear and Pemberton
    Chief Justice Law Not Participating

Dismissed on Joint Motion

Filed: March 26, 2009

---

[1] The parties ask that we dismiss the appeals with prejudice. The phrase "with prejudice" is used when disposing of a case at the trial court level, but when this Court dismisses an appeal, it does so without any such notation. *See, e.g.*, Tex. R. App. P. 42.1 (appellate court may dismiss appeal on motion of appellant or by joint agreement).